UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | SACV 18-00331 AG (DFMx) | Date | March 2, 2018 |
|---|---|---|---|
| Title | BRUCE CAHILL v. OLIVIA KARPINSKI ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE CONCERNING SUBJECT MATTER JURISDICTION**

"Federal courts are courts of limited jurisdiction," and they possess "only that power authorized by Constitution and statute." *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 377 (1994). "It is to be presumed that a cause lies outside of [a federal court's] limited jurisdiction," and "the burden of establishing the contrary rests upon the party asserting jurisdiction." *Id.*

"Nothing is to be more jealously guarded by a court than its jurisdiction." *See United States v. Ceja-Prado*, 333 F.3d 1046, 1051 (9th Cir. 2003) (internal quotation marks omitted). The Court has grave concerns about subject matter jurisdiction in this case. The Court therefore ORDERS all parties to file, **by Monday March 5, 2018**, papers concerning this case does or does not belong in federal court. The parties' filings may also address whether the complaint complies with Federal Rule of Civil Procedure 11. The filings shall **not exceed 5 pages**.

The Court further ORDERS the parties to appear at a status conference to discuss whether this case should proceed, and whether it should proceed in this Court. The Court ORDERS that this status conference take place on **Thursday, March 8, 2018 at 3 p.m**.

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |