UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 24 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRUCE CAHILL,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>OLIVIA KARPINSKI and PAUL PEJMAN EDALAT,<br><br>        Defendants-Appellees. | No.   18-55332<br><br>D.C. No.<br>8:18-cv-00331-AG-DFM<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Before: GOULD and PAEZ, Circuit Judges.

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 16) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

Appellees' request for fees and costs, contained within the filing at Docket Entry No. 17, is denied

**DISMISSED.**

LAB/MOATT